**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)*   **15-13217 (SHL)**

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      **12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3143471** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1175 Leggett Avenue**<br>**Bronx, NY 10474** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bronx** | Location of principal assets, if different from principal place of business |
| County | **1175 Leggett Avenue Bronx, NY 10474** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

| 8. | **Under which chapter of the Bankruptcy Code is the Debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No. |
|---|---|---|
|  |  | ☐ Yes. |

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
|---|---|---|
|  |  | ☒ Yes. |

List all cases. If more than 1, attach a separate list

| | Debtor | See Attachment | Relationship to you |
|---|---|---|---|
| | District | When | Case number, if known |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** *this district?* | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

---

**■ Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 1, 2015**
              MM / DD / YYYY

**X** **/s/ Arlington Leon Eastmond, Jr.**                    **Arlington Leon Eastmond, Jr.**
Signature of authorized representative of debtor             Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Tracy L. Klestadt**                    Date   **December 1, 2015**
Signature of attorney for debtor                           MM / DD / YYYY

**Tracy L. Klestadt**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036-7203**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 972-3000**        Email address

**2089985**
Bar number and State

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Arlington Leon Eastmond, Jr.** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | **15-13217 (SHL)** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

# FORM 101. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **A.L. Eastmond & Sons, Inc.** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Southern District of New York** | When | **12/01/15** | Case number, if known | **15-13214 (SHL)** |
| Debtor | **Easco Boiler Corp.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **12/01/15** | Case number, if known | **15-13215 (SHL)** |

**Fill in this information to identify the case:**

Debtor name      **Eastmond & Sons Boiler Repair & Welding Service, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **15-13217 (SHL)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  1, 2015**          X **/s/ Arlington Leon Eastmond, Jr.**
                                                Signature of individual signing on behalf of debtor

                                                **Arlington Leon Eastmond, Jr.**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | **15-13217 (SHL)** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bronx Welding Supply 94 Marine Street Farmingdale, NY 11735** | | | | | | **$8,730.74** |
| **Marine Boiler & Welding, Inc. 1428 Sheridan Expressway Bronx, NY 10459** | | | | | | **$7,505.62** |
| **Divine Environmental, Inc. 358 Broadway Newark, NJ 07104** | | | | | | **$5,500.00** |
| **Ace Accurate Contracting 32 Old Farm Road Carmel, NY 10512** | | | | | | **$4,550.00** |
| **Finance Commissioner of NYC P.O. Box 2307 New York, NY 10272** | | | | | | **$2,250.00** |
| **LJM Engineering Group 439 Route 46 East Rockaway, NJ 07866** | | | | | | **$2,097.00** |
| **Nutley Heating & Cooling 156 Chestnut Street Nutley, NJ 07110** | | | | | | **$1,876.43** |
| **S.T. Johnson Company LLC 5160 Fulton Drive Fairfield, CA 94534** | | | | | | **$1,031.62** |
| **Local 32BJ SEIU P.O. Box 48237 Newark, NJ 07101** | | | | | | **$795.00** |

| Debtor | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | | Case number *(if known)* | **15-13217 (SHL)** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Automatic Heating Supply P.O. Box 959 Bronx, NY 10455** | | | | | | **$534.30** |
| **ADA Tire Service, Inc. 1510 Castle Hill Avenue, #450 Bronx, NY 10462** | | | | | | **$512.80** |
| **Heating & Burner Supply 979 Walton Avenue Bronx, NY 10451** | | | | | | **$467.07** |
| **Tire Supply Solutions 630 Hunts Point Avenue Bronx, NY 10474** | | | | | | **$345.68** |
| **NYC Department of Buildings 280 Broadway New York, NY 10007** | | | | | | **$286.50** |
| **NY Engineering Association 270 Spagnoli Road Melville, NY 11747** | | | | | | **$250.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

12/01/15 5:08PM

**Fill in this information to identify the case:**

Debtor name    **Eastmond & Sons Boiler Repair & Welding Service, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **15-13217 (SHL)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................   $   **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................   $   **2,445,152.01**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................   $   **2,445,152.01**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **12,226,421.25**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................................   +$   **36,732.76**

4.   **Total liabilities** ...................................................................................
   Lines 2 + 3a + 3b    $   **12,263,154.01**

**Fill in this information to identify the case:**

Debtor name **Eastmond & Sons Boiler Repair & Welding Service, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **15-13217 (SHL)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Santander Bank - Operating Account #: 7581027090 (statement ending 11/30/15)** | | | **$30.99** |
| 3.2. | **Santander Bank - Payroll Account #:7581027104 (statement ending 11/30/15)** | | | **$2.00** |
| 3.3. | **Signature Bank - Operating Account #:1502019186 (statement ending 11/30/15)** | | | **$25,785.50** |
| 3.4. | **Signature Bank - Payroll Account #:1502019194 (statement ending 11/30/15)** | | | **$1,410.61** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$27,229.10**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.

| Debtor | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number *(If known)* | **15-13217 (SHL)** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

---

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 951,006.79 | - | 334,083.88 | = .... | $616,922.91 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$616,922.91** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

---

### Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** **Inventory thru 11/25/15** | | $0.00 | | $1,015,300.00 |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | **$1,015,300.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24.   Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Debtor | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number *(If known)* | **15-13217 (SHL)** |
|---|---|---|---|
| | Name | | |

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Boiler Repair Machinery | $0.00 | | $185,700.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $185,700.00 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number *(If known)* | **15-13217 (SHL)** |
|---|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">Part 11:</span>  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   **Promissory note from 1140/530 Equity, LLC, dated July 22, 2013, regarding 545 Craven Street, Bronx, NY Lot 9; Craven Street, Bronx, NY Lot 12 and 530 Truxton Street, Bronx, NY.**

   **600,000.00** - _____ **0.00** = 
   Total face amount    doubtful or uncollectible amount

   **$600,000.00**

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
   **Atlantic Specialty Insurance Company**
   **Contractor's Equipment Coverage / Policy #790017219 - coverage amount = $7,182.00**

   **$0.00**

   **Federal Insurance Company**
   **Worker's Compensation Insurance / Policy #0044727944 - coverage amount = $390,775.00**

   **$0.00**

   **Continental Casual Company**
   **Contractor's Equipment Breakdown Coverage / Policy #BM2090406992 - coverage amount = $10,903.00**

   **$0.00**

   **Everest Indemnity Insurance Company**
   **Commercial Property Coverage / Policy #CA3P004486151 - coverage amount = $52,000.00**

   **$0.00**

   **Seneca - Commercial Property Coverage / Excess Policy #SSP1505025 - coverage amount = $23,553.00**

   **$0.00**

   **Starr Indemnity & Liability Company**
   **Commercial Automobile Insurance / Policy #SISIPCA08329415 - coverage amount = $304,978.00**

   **$0.00**

   **Starr Indemnity & Liability Company**
   **General Liability Insurance Company / Policy #1000065600151 - coverage amount = $501,136.00**

   **$0.00**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number *(If known)* | **15-13217 (SHL)** |
|---|---|---|---|
| | Name | | |

| **Starr Indemnity & Liability Company** **Worker's Compensation Umbrella Coverage / Policy #1000336502151 - coverage amount = $328,935.00** | **$0.00** |
|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

| | **$600,000.00** |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number *(If known)* | **15-13217 (SHL)** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,229.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $616,922.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,015,300.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $185,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $600,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,445,152.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,445,152.01 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Eastmond & Sons Boiler Repair & Welding Service, Inc.**
          First Name               Middle Name             Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **15-13217 (SHL)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ■ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **CCHP, LLC**<br>Creditor's Name<br><br>**Case Real Estate Capital, LLC**<br>**340 West Passaic Street**<br>**Rochelle Park, NJ 07662**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $11,973,346.75 | $0.00 |

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2**   **Commissioner of Labor**<br>Creditor's Name<br><br>**NYS Dept. of Labor, Bldg. 12**<br>**W.A. Harriman Campus**<br>**Albany, NY 12204**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $20,243.48 | $0.00 |

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Docketed on 10/22/15**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Eastmond & Sons Boiler Repair & Welding Service, Inc.**       Case number (if know)    **15-13217 (SHL)**

First Name        Middle Name        Last Name

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $42,306.47 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1 Clinton Avenue
Albany, NY 12207**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ☑ No

**Date debt was incurred**

**Filed on 9/23/15, Federal
Tax Lien**

- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $102,845.87 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1 Clinton Avenue
Albany, NY 12207**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ☑ No

**Date debt was incurred**

**Filed on 6/10/15, Federal
Tax Lien**

- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

---

| 2.5 | **NYS Dept. of Tax & Finance** | Describe debtor's property that is subject to a lien | $87,678.68 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Section
P.O. Box 5300
Albany, NY 12205**

Creditor's mailing address

Describe the lien

---

12/01/15  5:08PM

| Debtor 1 | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | | Case number (if know) | **15-13217 (SHL)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

_____

Creditor's email address, if known

**Date debt was incurred**

**Docketed on 11/12/14, New York State Tax Warrant**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$12,226,421. 25** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Kriss & Feuerstein LLP 360 Lexington Avenue Suite 1200 New York, NY 10017** | Line **2.1** | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Eastmond & Sons Boiler Repair & Welding Service, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **15-13217 (SHL)**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 4,550.00 |
|---|---|---|---|
| | **Ace Accurate Contracting** | *Check all that apply.* | |
| | **32 Old Farm Road** | ☐ Contingent | |
| | **Carmel, NY 10512** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 512.80 |
|---|---|---|---|
| | **ADA Tire Service, Inc.** | *Check all that apply.* | |
| | **1510 Castle Hill Avenue, #450** | ☐ Contingent | |
| | **Bronx, NY 10462** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 534.30 |
|---|---|---|---|

Debtor 1  **Eastmond & Sons Boiler Repair & Welding Service, Inc.**          Case number (if know)   **15-13217 (SHL)**

First Name          Middle Name          Last Name

**Automatic Heating Supply**                    *Check all that apply.*
**P.O. Box 959**                                ☐ Contingent
**Bronx, NY 10455**                             ☐ Unliquidated
                                                ☐ Disputed

_____

                                                **Basis for the claim:**
                                                _____

Date or dates debt was incurred  _____   **Is the claim subject to offset?**

                                                ■ No
Last 4 digits of account number  _____   ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **8,730.74** |

**Bronx Welding Supply**                        *Check all that apply.*
**94 Marine Street**                             ☐ Contingent
**Farmingdale, NY 11735**                        ☐ Unliquidated
                                                 ☐ Disputed

_____

                                                **Basis for the claim:**
                                                _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

                                                 ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **5,500.00** |

**Divine Environmental, Inc.**                   *Check all that apply.*
**358 Broadway**                                 ☐ Contingent
**Newark, NJ 07104**                             ☐ Unliquidated
                                                 ☐ Disputed

_____

                                                **Basis for the claim:**
                                                _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

                                                 ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **2,250.00** |

**Finance Commissioner of NYC**                  *Check all that apply.*
**P.O. Box 2307**                                ☐ Contingent
**New York, NY 10272**                           ☐ Unliquidated
                                                 ☐ Disputed

_____

                                                **Basis for the claim:**
                                                _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

                                                 ■ No
Last 4 digits of account number  _____     ☐ Yes

---

12/01/15 5:08PM

| Debtor 1 | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number (if know) | **15-13217 (SHL)** |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |
|---|---|---|---|---|

**First Insurance Funding**
**450 Skokie Boulevard**
**Suite 1000**
**Northbrook, IL 60602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **467.07** |
|---|---|---|---|---|

**Heating & Burner Supply**
**979 Walton Avenue**
**Bronx, NY 10451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **2,097.00** |
|---|---|---|---|---|

**LJM Engineering Group**
**439 Route 46 East**
**Rockaway, NJ 07866**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **795.00** |
|---|---|---|---|---|

**Local 32BJ SEIU**
**P.O. Box 48237**
**Newark, NJ 07101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Eastmond & Sons Boiler Repair & Welding Service, Inc.**          Case number (if know)    **15-13217 (SHL)**
　　　　　First Name　　　　Middle Name　　　　　　Last Name

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **7,505.62** |
|---|---|---|---|
| | **Marine Boiler & Welding, Inc.** | Check all that apply. | |
| | **1428 Sheridan Expressway** | ☐ Contingent | |
| | **Bronx, NY 10459** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | _____ | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,876.43** |
|---|---|---|---|
| | **Nutley Heating & Cooling** | Check all that apply. | |
| | **156 Chestnut Street** | ☐ Contingent | |
| | **Nutley, NJ 07110** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | _____ | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **250.00** |
|---|---|---|---|
| | **NY Engineering Association** | Check all that apply. | |
| | **270 Spagnoli Road** | ☐ Contingent | |
| | **Melville, NY 11747** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | _____ | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **286.50** |
|---|---|---|---|
| | **NYC Department of Buildings** | Check all that apply. | |
| | **280 Broadway** | ☐ Contingent | |
| | **New York, NY 10007** | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

12/01/15 5:08PM

| Debtor 1 | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number *(if know)* | **15-13217 (SHL)** |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.15 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**S.T. Johnson Company LLC**
**5160 Fulton Drive**
**Fairfield, CA 94534**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

$ **1,031.62**

---

| 3.16 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tire Supply Solutions**
**630 Hunts Point Avenue**
**Bronx, NY 10474**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

$ **345.68**

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $  **36,732.76** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  **36,732.76** |

---

Debtor    Eastmond & Sons Boiler Repair & Welding Service, Inc.                    Case number (if know)    **15-13217 (SHL)**
          First Name            Middle Name            Last Name

**Fill in this information to identify the case:**

Debtor name **Eastmond & Sons Boiler Repair & Welding Service, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **15-13217 (SHL)**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor's Equipment Insurance / Policy #790017219** | |
| | State the term remaining | | **Atlantic Specialty Insurance Company** |
| | List the contract number of any government contract | | **150 Royall Street** **Canton, MA 02021** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation Insurance / Policy #0044727944** | |
| | State the term remaining | | **Chubb Group of Insurance Companies** |
| | List the contract number of any government contract | | **15 Mountain View Road** **Warren, NJ 07059** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor's Equipment Breakdown Insurance / Policy #BM2090406992** | |
| | State the term remaining | | **Continental Casual Company** |
| | List the contract number of any government contract | | **333 S. Wabash** **Chicago, IL 60604** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Lease / 2013 Ford E-250 / #2321723** | |
| | State the term remaining | | **Enterprise Fleet** |
| | List the contract number of any government contract | | **8334 23rd Avenue** **East Elmhurst, NY 11370** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | Eastmond & Sons Boiler Repair & Welding Service, Inc. | | | Case number (if known) | **15-13217 (SHL)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Lease / 2013 Ford Focus / #2414670** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Fleet** |
| | List the contract number of any government contract | | **8334 23rd Avenue** **East Elmhurst, NY 11370** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Coverage / Policy #CA3P004486151** | |
|---|---|---|---|
| | State the term remaining | | **Everest Indemnity Insurance Company** |
| | List the contract number of any government contract | | **477 Martinsville Road, P.O. Box 830** **Liberty Corner, NJ 07938-0830** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Ford Lease / 2016 Ford Explorer / #207604** | |
|---|---|---|---|
| | State the term remaining | | **Ford Credit** |
| | List the contract number of any government contract | | **3620 Queen Palm Drive** **Tampa, FL 33619** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Ford Lease / 2016 Ford Explorer / #209769** | |
|---|---|---|---|
| | State the term remaining | | **Ford Credit** |
| | List the contract number of any government contract | | **3620 Queen Palm Drive** **Tampa, FL 33619** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Ford Lease / 2016 Ford Explorer / #209768** | |
|---|---|---|---|
| | State the term remaining | | **Ford Credit** |
| | List the contract number of any government contract | | **3620 Queen Palm Drive** **Tampa, FL 33619** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Printer/Copier Lease / #18574635860** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes** **Global FInancial Services LLC** **500 Ross Street, Suite 154-0470** **Pittsburgh, PA 15262-0001** |

| Debtor 1 | Eastmond & Sons Boiler Repair & Welding Service, Inc. | | | Case number (*if known*) | **15-13217 (SHL)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Excess Property Coverage / Policy #SSP1505025** | |
| | State the term remaining | | **Seneca** |
| | List the contract number of any government contract | | **160 Water Street, 16th Floor New York, NY 10038** |
| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation Umbrella Coverage / Policy #1000336502151** | |
| | State the term remaining | | **Starr Indemnity & Liability Company** |
| | List the contract number of any government contract | | **399 Park Avenue, 8th Floor New York, NY 10022** |
| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Automobile Policy / Policy #SISIPCA08329415** | |
| | State the term remaining | | **Starr Indemnity & Liability Company** |
| | List the contract number of any government contract | | **399 Park Avenue, 8th Floor New York, NY 10022** |
| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability Insurance / Policy #1000065600151** | |
| | State the term remaining | | **Starr Indemnity & Liability Company** |
| | List the contract number of any government contract | | **399 Park Avenue, 8th Floor New York, NY 10022** |

12/01/15 5:08PM

**Fill in this information to identify the case:**

Debtor name    **Eastmond & Sons Boiler Repair & Welding Service, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **15-13217 (SHL)**

☐ Check if this is an
    amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **A.L. Eastmond & Sons, Inc.** | | **CCHP, LLC** | ■ D    **2.1** ____<br>☐ E/F ____<br>☐ G ____ |
| 2.2 **Arlington Leon Eastmond, Jr.** | | **CCHP, LLC** | ■ D    **2.1** ____<br>☐ E/F ____<br>☐ G ____ |
| 2.3 **Easco Boiler Corp.** | | **CCHP, LLC** | ■ D    **2.1** ____<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **Eastmond & Sons Boiler Repair & Welding Service, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **15-13217 (SHL)**

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | For the fiscal year:<br>From  / / to  / / | ☐ Operating a business<br>■ Other   2013 - Gross Income | $798,710.00 |
   | For the fiscal year:<br>From  / / to  / / | ☐ Operating a business<br>■ Other   2014 - Gross Income | $2,025,391.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.    **PLEASE SEE ATTACHED SUMMARY** | | $274,178.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |

---

| Debtor | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number *(if known)* **15-13217 (SHL)** |
|---|---|---|

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **NYCTL: 2013-A Trust and Bank of NY Mellon vs. A.L. Eastmond & Sons, Inc, Stabilis Fund II LLC., et. al. / Index No. 260771-2014** | **Pending foreclosure of tax lien** | **Supreme Court of State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Stabilis Fund II, LLC vs. A.L. Eastmond & Sons, Inc., Easco Boiler, Eastmond & Sons Boiler Repair, Arlington L. Eastmond, Jr. a/k/a Arlington Leon Eastmond, Jr., et. al. / Index No. 381158/13** | **Mortgages pending foreclosure action (3 loans, addresses affected:1200 Oak Point Avenue, 1173-1175 Leggett Avenue, 1190 East 56th Street, 1173 Grinnell Place and 1225 Randall Avenue).** | **Supreme Court of the State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Eastmond & Sons Boiler Repair & Welding Service, Inc.**    Case number *(if known)* **15-13217 (SHL)**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **NYCTL 2011-A Trust and The Bank of New York Mellon vs. A.L. Eastmond & Sons Inc, et. al. / Index No. 306944-12** | **Foreclosure of tax lien certificate (address affected: 437 Cassanova Street)** | **Supreme Court of the State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **V.C. Vitanza & Sons, Inc., vs. R.A.M.S Mechanical Inc., Fidelity and Deposit Company of Marlyand, A.S.A.R. International Corp., Easco Boiler Corp., Solco Plumbing Supply, Inc., Structuretech New York, Inc. and New York City School Construction Authority / Index No. 2329/2015E** | **Adversary Proceeding** | **State of New York Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  **Northstar Mechanical Corp, vs. A.L. Eastmond & Sons, Inc., Easco Boiler Corp. and Eastmond & Sons Boiler Repair & Welding Service, Inc. / Index No. 50174748/2013** | **Breach of Contract (Commercial Vehicle)** | **Supreme Court of the State of New York,** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

| Debtor | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number *(if known)* **15-13217 (SHL)** |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

12/01/15 5:08PM

| Debtor | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number (if known) **15-13217 (SHL)** |

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.

☐ Yes. Provide details below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

12/01/15 5:08PM

Debtor    **Eastmond & Sons Boiler Repair & Welding Service, Inc.**    Case number *(if known)*  **15-13217 (SHL)**

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Marks Paneth LLP**<br>**685 Third Avenue**<br>**New York, NY 10017** | **2013 to Present** |
| 26a.2.    **Kevin Considine**<br>**1175 Leggett Avenue**<br>**Bronx, NY 10474** | **2013 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Marks Paneth LLP**<br>**685 Third Avenue**<br>**New York, NY 10017** | **2013 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

Debtor    **Eastmond & Sons Boiler Repair & Welding Service, Inc.**    Case number *(if known)*  **15-13217 (SHL)**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Marks Paneth LLP**<br>**685 Third Avenue**<br>**New York, NY 10017** | **2013 to Present** |
| 26c.2.    **Kevin Considine**<br>**1175 Leggett Avenue**<br>**Bronx, NY 10474** | **2013 to Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Arlington Leon Eastmond, Jr.** | | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case number *(if known)* **15-13217 (SHL)** |
|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 1, 2015**

**/s/ Arlington Leon Eastmond, Jr.**              **Arlington Leon Eastmond, Jr. President**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

| | | | |
|---|---|---|---|
| In re | **Eastmond & Sons Boiler Repair & Welding Service, Inc.** | Case No. | **15-13217 (SHL)** |
| | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December  1, 2015**

**/s/ Arlington Leon Eastmond, Jr.**
**Arlington Leon Eastmond, Jr./President**
Signer/Title

A.L. EASTMOND & SONS, INC.


ACE ACCURATE CONTRACTING
32 OLD FARM ROAD
CARMEL, NY 10512


ADA TIRE SERVICE, INC.
1510 CASTLE HILL AVENUE, #450
BRONX, NY 10462


ALL AMERICAN FORD INC.
520 RIVER STREET
HACKENSACK, NJ 07601


ALL RISKS LTD.
455 S. GULPH ROAD, SUITE 205
KING OF PRUSSIA, PA 19406


ALL RISKS LTD.
1400 LIBERTY RIDGE DRIVE, SUITE 100
WAYNE, PA 19087


ARLINGTON LEON EASTMOND, JR.


ATLANTIC SPECIALTY INSURANCE COMPANY
150 ROYALL STREET
CANTON, MA 02021


ATTORNEY GENERAL OF THE STATE OF NY
ATTN: ENID NAGLER STUART
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271


AUTOMATIC HEATING SUPPLY
P.O. BOX 959
BRONX, NY 10455


BRONX WELDING SUPPLY
94 MARINE STREET
FARMINGDALE, NY 11735

```
CCHP, LLC
CASE REAL ESTATE CAPITAL, LLC
340 WEST PASSAIC STREET
ROCHELLE PARK, NJ 07662


CHUBB GROUP OF INSURANCE COMPANIES
15 MOUNTAIN VIEW ROAD
WARREN, NJ 07059


COMMISSIONER OF LABOR
NYS DEPT. OF LABOR, BLDG. 12
W.A. HARRIMAN CAMPUS
ALBANY, NY 12204


CONTINENTAL CASUAL COMPANY
333 S. WABASH
CHICAGO, IL 60604


DAY PITNEY LLP
ONE JEFFERSON ROAD
PARSIPPANY, NJ 07054-2891


DEPARTMENT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL
BUILDING 9, W.A. HARRIMAN CAMPUS
ALBANY, NY 12227


DIVINE ENVIRONMENTAL, INC.
358 BROADWAY
NEWARK, NJ 07104


EASCO BOILER CORP.


ENTERPRISE FLEET
8334 23RD AVENUE
EAST ELMHURST, NY 11370


EVEREST INDEMNITY INSURANCE COMPANY
477 MARTINSVILLE ROAD, P.O. BOX 830
LIBERTY CORNER, NJ 07938-0830


FINANCE COMMISSIONER OF NYC
P.O. BOX 2307
NEW YORK, NY 10272
```

FIRST INSURANCE FUNDING
450 SKOKIE BOULEVARD
SUITE 1000
NORTHBROOK, IL 60602


FORD CREDIT
3620 QUEEN PALM DRIVE
TAMPA, FL 33619


HEATING & BURNER SUPPLY
979 WALTON AVENUE
BRONX, NY 10451


INTERNAL REVENUE SERVICE
1 CLINTON AVENUE
ALBANY, NY 12207


KRISS & FEUERSTEIN LLP
360 LEXINGTON AVENUE
SUITE 1200
NEW YORK, NY 10017


LJM ENGINEERING GROUP
439 ROUTE 46 EAST
ROCKAWAY, NJ 07866


LOCAL 32BJ SEIU
P.O. BOX 48237
NEWARK, NJ 07101


MARINE BOILER & WELDING, INC.
1428 SHERIDAN EXPRESSWAY
BRONX, NY 10459


NUTLEY HEATING & COOLING
156 CHESTNUT STREET
NUTLEY, NJ 07110


NY ENGINEERING ASSOCIATION
270 SPAGNOLI ROAD
MELVILLE, NY 11747


NYC DEPARTMENT OF BUILDINGS
280 BROADWAY
NEW YORK, NY 10007

NYC DEPARTMENT OF FINANCE
BANKRUPTCY UNIT
ONE CENTRE STREET, 22ND FLOOR
NEW YORK, NY 10007


NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205


NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY UNIT
BLDG. 8, ROOM 445, W.A. HARRIMAN CAMPUS
ALBANY, NY 12227


NYS DEPT. OF TAX & FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205


PITNEY BOWES
GLOBAL FINANCIAL SERVICES LLC
500 ROSS STREET, SUITE 154-0470
PITTSBURGH, PA 15262-0001


S.T. JOHNSON COMPANY LLC
5160 FULTON DRIVE
FAIRFIELD, CA 94534


SAUL EWING LLP
650 COLLEGE ROAD EAST, SUITE 4000
PRINCETON, NJ 08540-6603


SENECA
160 WATER STREET, 16TH FLOOR
NEW YORK, NY 10038


STARR INDEMNITY & LIABILITY COMPANY
399 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10022


TIRE SUPPLY SOLUTIONS
630 HUNTS POINT AVENUE
BRONX, NY 10474