## Eastmond & Sons Boiler Repair & Welding Service, Inc.
### Analysis of Payments  09/01/15 - 11/30/15

| Date | Name | Amount |
|---|---|---:|
| 09/03/15 | CORONA READY MIX | $1,959.75 |
| 09/03/15 | ONEAL FLAT ROLLED METALS | 8,219.44 |
| 09/03/15 | S & J SHEET METAL SUPPLY, INC. | 261.30 |
| 09/08/15 | A & M INDUSTRIAL SUPPLY | 1,231.73 |
| 09/08/15 | BRONX WELDING SUPPLY | 466.01 |
| 09/08/15 | DEPARTMENT OF TREASURY | 121.37 |
| 09/08/15 | GREEN ARCH CONSTRUCTION | 3,143.50 |
| 09/08/15 | HEATING AND BURNER SUPPLY | 322.43 |
| 09/08/15 | NYS CHILD SUPPORT PROCESSING | 505.00 |
| 09/08/15 | YORK ANALYTICAL LABORATORIES, | 914.08 |
| 09/08/15 | ESTABROOK'S INC. | 1,100.00 |
| 09/10/15 | ZAR-TECH | 2,709.60 |
| 09/10/15 | BAZINI ENGINEERING, P.C. | 3,647.99 |
| 09/11/15 | HEATING AND BURNER SUPPLY | 188.35 |
| 09/11/15 | NEIL A. TOMASETTI | 272.89 |
| 09/11/15 | POWERPAK CIVIL & SAFTEY | 800.07 |
| 09/14/15 | EASTMOND & SON'S BOILER REPAIR | 15,000.00 |
| 09/16/15 | GUS AND G CONSTRUCTION INC | 4,000.00 |
| 09/16/15 | A-1 TRANSIT MIX, INC | 3,906.44 |
| 09/16/15 | EASTMOND & SON'S BOILER REPAIR | 1,000.00 |
| 09/17/15 | NYS CHILD SUPPORT PROCESSING | 505.00 |
| 09/17/15 | DEPARTMENT OF TREASURY | 153.54 |
| 09/17/15 | WESTCHESTER COUNTY HEALTH DEI | 520.00 |
| 09/18/15 | NYS CHILD SUPPORT PROCESSING | 505.00 |
| 09/18/15 | DEPARTMENT OF TREASURY | 154.27 |
| 09/18/15 | HUDSON INSULATION SUPPLY | 1,253.67 |
| 09/18/15 | ACE ACCURATE CONTRACTING | 1,647.00 |
| 09/18/15 | H & B EQUIMENT SALES, INC | 2,024.53 |
| 09/18/15 | RITE CHECK CASHING | 763.30 |
| 09/21/15 | ANALYTICAL COMBUSTION SYSTEMS | 2,278.00 |
| 09/21/15 | COMMERCIAL METAL FORMING | 5,744.09 |
| 09/23/15 | WESTCHESTER COUNTY HEALTH DEI | 260.00 |
| 09/25/15 | NYS CHILD SUPPORT PROCESSING | 505.00 |
| 09/25/15 | DEPARTMENT OF TREASURY | 116.98 |
| 09/25/15 | WASHINGTON PLUMBING SPECIALTIE | 264.24 |
| 09/25/15 | METALLINE FIRE DOOR INC | 435.50 |
| 09/25/15 | ACE ACCURATE CONTRACTING | 1,350.00 |
| 09/25/15 | IESI SENECA MEADOWS LANDFILL | 458.50 |
| 09/25/15 | A & M INDUSTRIAL SUPPLY | 1,492.06 |
| 09/25/15 | BRONX WELDING SUPPLY | 122.09 |
| 09/25/15 | MC MASTER-CARR SUPPLY CO | 84.54 |
| 09/25/15 | NEIL A. TOMASETTI | 829.43 |
| 09/25/15 | YORK ANALYTICAL LABORATORIES, | 710.88 |
| 09/28/15 | BRUCKNER LUMBER | 314.38 |
| 10/01/15 | CORONA READY MIX | 3,723.53 |
| 10/01/15 | GLOBAL PUMP | 707.69 |
| 10/02/15 | ACE ACCURATE CONTRACTING | 3,360.00 |
| 10/02/15 | ACE ACCURATE CONTRACTING | 1,000.00 |
| 10/05/15 | NYS CHILD SUPPORT PROCESSING | 597.00 |
| 10/05/15 | DEPARTMENT OF TREASURY | 108.21 |
| 10/05/15 | DAVID VEGA | 53.01 |
| 10/06/15 | AMSTERDAM COLOR WORKS | 3,070.28 |

**Eastmond & Sons Boiler Repair & Welding Service, Inc.**
**Analysis of Payments  09/01/15 - 11/30/15**

| Date | Name | Amount |
|---|---|---:|
| 10/06/15 | MCINTOSH CONTROLS CORPORATIO | 582.00 |
| 10/06/15 | THOMAS C. WILSON, INC | 1,864.27 |
| 10/06/15 | A & M INDUSTRIAL SUPPLY | 384.20 |
| 10/07/15 | BRUCKNER LUMBER | 199.35 |
| 10/08/15 | BRUCKNER LUMBER | 130.65 |
| 10/13/15 | WASHINGTON PLUMBING SPECIALTIE | 1,239.26 |
| 10/13/15 | NYS CHILD SUPPORT PROCESSING | 597.00 |
| 10/13/15 | DEPARTMENT OF TREASURY | 108.21 |
| 10/14/15 | ADA TIRE SERVICE, INC. | 170.00 |
| 10/14/15 | EASTMOND & SON'S BOILER REPAIR | 15,000.00 |
| 10/14/15 | HARRY BRAINUM JR. INC | 707.69 |
| 10/15/15 | WYMBS INC | 1,059.35 |
| 10/15/15 | DAVID VEGA | 20.00 |
| 10/15/15 | NEIL A. TOMASETTI | 253.52 |
| 10/15/15 | PARK ROYAL OWNERS INC | 5,122.50 |
| 10/16/15 | DAVID VEGA | 185.00 |
| 10/20/15 | NYS CHILD SUPPORT PROCESSING | 597.00 |
| 10/20/15 | DEPARTMENT OF TREASURY | 110.40 |
| 10/20/15 | CORONA READY MIX | 2,547.68 |
| 10/20/15 | HARRY BRAINUM JR. INC | 744.71 |
| 10/20/15 | ZAR-TECH | 2,709.60 |
| 10/20/15 | H.C. OSWALD SUPPLY CO., INC. | 133.08 |
| 10/20/15 | FAIRFIELD MAINTENANCE INC. | 848.24 |
| 10/20/15 | MCINTOSH CONTROLS CORPORATIO | 755.50 |
| 10/20/15 | MCS CALIBRATION, INC. | 175.00 |
| 10/21/15 | BRONX WELDING SUPPLY | 637.87 |
| 10/23/15 | R. GERMAIN INC. | 1,500.00 |
| 10/27/15 | NYS CHILD SUPPORT PROCESSING | 643.00 |
| 10/27/15 | DEPARTMENT OF TREASURY | 132.33 |
| 10/27/15 | BAZINI ENGINEERING, P.C. | 2,707.97 |
| 10/29/15 | MASTER AUTO GLASS CORP | 212.31 |
| 10/30/15 | DAVID VEGA | 37.00 |
| 10/30/15 | MC MASTER-CARR SUPPLY CO | 98.56 |
| 10/30/15 | NEIL A. TOMASETTI | 319.91 |
| 10/30/15 | RITE CHECK CASHING | 1,014.76 |
| 11/03/15 | GREEN ARCH CONSTRUCTION | 3,495.50 |
| 11/03/15 | COMMERCIAL METAL FORMING | 5,744.09 |
| 11/03/15 | COMMERCIAL METAL FORMING | 10,277.11 |
| 11/03/15 | SUTTER MACHINE TOOL & DIE CO. | 240.00 |
| 11/03/15 | NYS CHILD SUPPORT PROCESSING | 643.00 |
| 11/03/15 | DEPARTMENT OF TREASURY | 134.53 |
| 11/03/15 | H.C. OSWALD SUPPLY CO., INC. | 129.60 |
| 11/03/15 | ADA TIRE SERVICE, INC. | 163.31 |
| 11/06/15 | NYS CHILD SUPPORT PROCESSING | 643.00 |
| 11/06/15 | DEPARTMENT OF TREASURY | 121.37 |
| 11/06/15 | NEIL A. TOMASETTI | 341.15 |
| 11/06/15 | DUNMORE FUEL INJECTION SERVICE | 2,359.84 |
| 11/10/15 | WISE BRAKE SERVICE | 74.00 |
| 11/12/15 | ZAR-TECH | 2,324.46 |
| 11/12/15 | H.C. OSWALD SUPPLY CO., INC. | 134.30 |
| 11/12/15 | GLOBAL PUMP | 650.00 |
| 11/12/15 | CORONA READY MIX | 3,723.53 |

## Eastmond & Sons Boiler Repair & Welding Service, Inc.
### Analysis of Payments  09/01/15 - 11/30/15

| Date | Name | Amount |
|---|---|---:|
| 11/12/15 | PETRO-METER CORPORATION | 7,315.61 |
| 11/12/15 | PHOENIX FORGING CO | 1,102.00 |
| 11/13/15 | FAIRFIELD MAINTENANCE INC. | 890.78 |
| 11/13/15 | NEIL A. TOMASETTI | 451.86 |
| 11/13/15 | EASTMOND & SON'S BOILER REPAIR | 2,000.00 |
| 11/16/15 | ZAR-TECH | 382.95 |
| 11/16/15 | NYS CHILD SUPPORT PROCESSING | 643.00 |
| 11/16/15 | DEPARTMENT OF TREASURY | 93.58 |
| 11/17/15 | GERARD PACKING AND BELTING | 70.00 |
| 11/17/15 | H.C. OSWALD SUPPLY CO., INC. | 96.00 |
| 11/17/15 | ZAR-TECH | 382.95 |
| 11/23/15 | CYCLE CHEM INC. | 15,000.00 |
| 11/24/15 | NYS CHILD SUPPORT PROCESSING | 643.00 |
| 11/24/15 | DEPARTMENT OF TREASURY | 95.78 |
| 11/24/15 | FAIRFIELD MAINTENANCE INC. | 424.12 |
| 11/25/15 | CROWN TOWING SERVICE INC | 163.31 |
| 11/25/15 | NEIL A. TOMASETTI | 278.32 |
| 11/25/15 | RITE CHECK CASHING | 1,741.22 |
| 11/30/15 | METALLINE FIRE DOOR INC | 435.50 |
| 11/30/15 | NYS CHILD SUPPORT PROCESSING | 643.00 |
| 11/30/15 | DEPARTMENT OF TREASURY | 93.58 |
| 09/01/15 | UNITED PARCEL SERVICE | 572.85 |
| 10/01/15 | UNITED PARCEL SERVICE | 391.51 |
| 09/16/15 | CON EDISON | 1,421.65 |
| 10/20/15 | CON EDISON | 1,681.54 |
| 09/16/15 | NYS DEPART OF FINANCE | 15,000.00 |
| 10/15/15 | NYS DEPART OF FINANCE | 9,677.73 |
| 09/28/15 | BCG FREEDOM | 300.00 |
| 11/02/15 | BCG Freedom | 300.00 |
| 11/02/15 | NYS Dept of Finance | 1,757.44 |
| 11/02/15 | Internal Revenue Service | 218.68 |
| 11/02/15 | NYS Dept of Finance | 397.71 |
| 11/02/15 | BCG Freedom | 300.00 |
| 11/03/15 | Internal Revenue Service | 10,089.42 |
| 11/03/15 | NYS Withholding | 2,590.23 |
| 11/10/15 | Internal Revenue Service | 9,116.74 |
| 11/10/15 | NYS Withholding | 2,320.94 |
| 11/10/15 | BCG Freedom | 300.00 |
| 11/17/15 | BCG Freedom | 300.00 |
| 11/17/15 | Internal Revenue Service | 9,421.67 |
| 11/17/15 | NYS Withholding | 2,384.55 |
| 11/18/15 | BCG Freedom | 600.00 |
| 11/20/15 | BCG Freedom | 300.00 |
| 11/20/15 | Signature Bank Analysis Fee | 200.11 |
| 11/24/15 | Internal Revenue Service | 8,621.46 |
| 11/24/15 | NYS Withholding | 2,139.21 |
| 11/25/15 | BCG Freedom | 600.00 |
| 11/30/15 | BCG Freedom | 600.00 |
| **TOTAL** | | **$274,178.38** |